SEP 25 2007 10:02 FR US ATTORNEY-NJ    2014259245 TO 98734837939    P.02/03

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson. |
| v. | : | Criminal No. 07-374 (AET) |
| HEBER MANRIQUE GARCIA | : | |
| | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Andrew Carey, Assistant U.S. Attorney) and defendant Heber Manrique Garcia (by Michael Calabro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from September 21, 2007 through November 21, 2007, to allow the parties additional time to file motions, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties require additional time to file motions;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this 21st day of Sep 2007,

ORDERED that this action be, and it hereby is, continued from September 21, 2007 through November 21, 2007.

ORDERED that the period from September 21, 2007 through November 21, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

MICHAEL CALABRO, ESQ.

ANDREW CAREY
ASSISTANT UNITED STATES ATTORNEY